RODNEY WAYNE GAINER
PETITIONER

versus

JACKSONVILLE TRANSIT
AUTHORITY
DEFENDANT

2014 JUN 19 PM 12:49

CIVIL ACTION:
3:14CV713-J-34MCR
NOTICE OF TORT

# NOTICE OF TORT

I, petitioner Rodney Wayne Gainer respectfully petition the said defendant, Jacksonville Transit Authority, for not responding to the payments of medical fees acquired from injury upon being a passenger on the bus, M5.

1) Petitioner Rodney Wayne Gainer was a passenger on Jacksonville Transit Authority's

bus M5, on the date of June 15, 2012 when I Rodney Wayne Gainer was injured by broken glass, of the bus got into my right eye. I was then taken to Baptist Medical Center. There the glass was flushed out my eye and I was billed.

2) I, petitioner Rodney Wayne Gainer tried several times to contact someone over this matter, because the hospital keep on billing me; but to no avail

RESOLUTION WANTED:

A sum of Five thousand dollars, $5,000 to be paid to Petitioner Rodney Wayne Gainer

# CERTIFICATE OF SERVICE

Wherefore the Petitioner, Rodney Wayne Gainer prays this Honorable Court grants petitioner this Notice of Tort upon the defendant, Jacksonville Transit Authority, served to by the United State Postal Service.

The Petitioner hereby certifies that this Notice of Tort is made in good faith and a copy is sent to the Magistrate Court

## Unnotarized Oath

Florida Annotated Statutes 92.525 [b] [2]

Under the Penalty of Perjury I, Rodney W. Gainer declare that I have read the foregoing Notice of Tort and facts as stated therein are true and

correct; respectfully submitted on

May 15, 2014

Petitioner; Mr Rodney Wayne Gainer
4658 Ken Knight Dr. -N
Jacksonville Florida 32209


Defendant; Jacksonville Transit Authority