UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

RODNEY WAYNE GAINER,

    Plaintiff,

v.                                                         CASE NO. 3:14-cv-713-J-34MCR

JACKSONVILLE TRANSIT AUTHORITY,

    Defendant.
_____/

**REPORT AND RECOMMENDATION**[1]

On June 20, 2014, this Court entered an Order directing Plaintiff to either submit the $400.00 filing fee or complete and file a long-form affidavit of indigency no later than July 7, 2014. (Doc. 3.) The Order provided that "[f]ailure to do so may result in a recommendation that this action be dismissed without further notice." (*Id.*) When Plaintiff failed to comply with the Court's June 20, 2014 Order, the Court entered another Order on July 10, 2014, directing Plaintiff to show cause, on or before July 31, 2014, why this action should not be recommended for dismissal without prejudice for Plaintiff's failure to comply with the Court's June 20, 2014 Order. (Doc. 4.) To date, Plaintiff has not responded

---

[1] "Within 14 days after being served with a copy of [this Report and Recommendation], a party may serve and file specific written objections to the proposed findings and recommendations. A party may respond to another party's objections within 14 days after being served with a copy." Fed. R. Civ. P. 72(b)(2); *see also* 28 U.S.C. § 636(b)(1); M.D. Fla. R. 6.02(a). "A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1).

to the Court's Orders and has neither submitted the $400.00 filing fee nor filed a long-form affidavit of indigency requesting to proceed *in forma pauperis*. Therefore, the undersigned will recommend that this action be dismissed without prejudice.

Accordingly, it is respectfully **RECOMMENDED** that this action be **DISMISSED without prejudice** pursuant to Local Rule 3.10(a), United States District Court, Middle District of Florida.

**DONE AND ENTERED** at Jacksonville, Florida, on August 6, 2014.

MONTE C. RICHARDSON
UNITED STATES MAGISTRATE JUDGE

Copies to:

The Honorable Marcia Morales Howard
United States District Judge

*Pro Se* Plaintiff